IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN J. REIMER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | 4:17CV3136<br><br>**ORDER<br>TO SHOW CAUSE** |

This matter is before the Court on plaintiff Karen J. Reimer's ("Reimer") Complaint (Filing No. 1) against defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Commissioner"). Reimer contends the Commissioner's final decision to deny Reimer's claim for benefits "is erroneous as a matter of law and unsupported by substantial evidence."

Under General Order No. 2015-05,[1] a plaintiff who wishes to challenge a final decision of the Commissioner must move for an order reversing the Commissioner's decision within thirty days after the filing of the administrative record.

In this case, the Commissioner filed the administrative record on December 19, 2017. Reimer has not filed the required motion within the thirty day period or requested any extension of the deadline. Accordingly, Reimer shall have until February 12, 2018, to show cause why her Complaint should not be dismissed for failure to follow the required procedures.

---

[1]The Honorable Laurie Smith Camp, Chief Judge of the United States District Court for the District of Nebraska, issued General Order No. 2015-05 on November 16, 2015. The Order sets forth the governing procedures for all actions filed after January 1, 2016, challenging "a final decision of the Commissioner of the Social Security Administration pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."

IT IS SO ORDERED.

Dated this 31st day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge